IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Aningo, Josephine

Printed: 4/29/08

Case Number: 07 B 16675
Judge: Wedoff, Eugene R
Filed: 9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: April 23, 2008
Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 159.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 150.41 |
| Trustee Fee: | | 8.59 |
| Other Funds: | | 0.00 |
| Totals: | 159.00 | 159.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,514.00 | 150.41 |
| 2. | Resurgent Capital Services | Unsecured | 204.72 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 495.88 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 638.09 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 669.43 | 0.00 |
| 6. | Cbc National Collection | Unsecured | | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | | $ 5,522.12 | $ 150.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 8.59 |
| | $ 8.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

